UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ASHLEY DICKINSON,<br><br>                Defendant. | Case No. CR25-28-MLP<br><br>ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS |

The Court has entered judgment ordering Defendant to pay $285.00 in restitution. (Dkt. # 21.) Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk is authorized and directed to draw (a) check(s) on the funds deposited in the registry of this Court in the principal amount of $285.00, plus all accrued interest, to be applied to the criminal monetary impositions included in the Criminal Judgment in this case. (Dkt. # 21.)

Dated this 1st day of July, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER AUTHORIZING CLERK OF COURT TO
DISBURSE FUNDS - 1